# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134628

TYRONE SLUSSER, #236917

       Petitioner-Appellant,

v

                                           SC: 134628
                                           AGC: 0971/07

ATTORNEY GRIEVANCE COMMISSION,

       Respondent-Appellee.
_____

       On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of August 9, 2007, the Clerk of the Court is hereby directed to close this file.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2007

jm

_____
Clerk